# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

       **Plaintiff,**          Case No. 6:20-cr-10032-EFM-01-02

    v.

**GLENEICE LASHAWN PHILLIPS, and**
**KAMRYNE J. WRIGHT,**

       **Defendants.**

# INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**POSSESSION, WITH THE INTENT TO DISTRIBUTE,**
**A CONTROLLED SUBSTANCE -- METHAMPHETAMINE**
**(21 U.S.C. § 841(a)(1))**

On or about January 19, 2020, in the District of Kansas, the defendants,

**GLENEICE LASHAWN PHILLIPS, and**
**KAMRYNE J. WRIGHT,**

knowingly and intentionally possessed, with the intent to distribute 50 grams or more of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

### POSSESSION, WITH THE INTENT TO DISTRIBUTE, A CONTROLLED SUBSTANCE -- FENTANYL
### (21 U.S.C. § 841(a)(1))

On or about January 19, 2020, in the District of Kansas, the defendants,

### GLENEICE LASHAWN PHILLIPS, and
### KAMRYNE J. WRIGHT,

knowingly and intentionally possessed, with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A) and 841(b)(1)(A)(vi).

## COUNT 3

### TRAVEL IN INTERSTATE COMMERCE TO PROMOTE UNLAWFUL ACTIVITY
### (18 U.S.C. § 1952(a)(3))

On or about January 19, 2020, in the District of Kansas and elsewhere, the defendants,

### GLENEICE LASHAWN PHILLIPS, and
### KAMRYNE J. WRIGHT,

did travel in interstate commerce, from California to Kansas, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and

carrying on of an unlawful activity, that is, the possession, with the intent to distribute controlled substances in violation of 21 U.S.C. 841(a)(1), and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

In violation of Title 18, United States Code § 1952(a)(3).

**A TRUE BILL.**

June 16, 2020                                       s/Foreperson
DATE                                                FOREPERSON OF THE GRAND JURY

s/Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks.S.Ct. No. 15845
Stephen.mcallister@usdoj.gov

**It is requested that the trial be held in Wichita, KS**